JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY E. JOHNSON, et al., | Case No. CV 12-1600 FMO (ANx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| COMMISSION ON PRESIDENTIAL DEBATES, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 24th day of February, 2014.

/s/
Fernando M. Olguin
United States District Judge